UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MOHAMED ABDENNOUR,**

 Plaintiff,

v.              Case No: 5:13-cv-312-Oc-22PRL

**SUMMER BAY SALES &
MARKETING, L.C.**

 Defendant.

## ORDER

On December 2, 2013, the parties filed a Joint Notice of Settlement (Doc. 17) advising the Court that all matters in controversy herein have been resolved and that the parties intend to file their Settlement Agreement for the Court's review and approval. Accordingly, within 14 days of this Order, the parties are directed to supplement their Joint Motion to Approve Settlement (Doc. 18) with an executed copy of the settlement agreement (including the settlement amount, and amount of attorneys' fees), and any additional information that the Court would require in order to make a determination regarding whether the settlement is fair and reasonable. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

**DONE** and **ORDERED** in Ocala, Florida on December 30, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties